FILED
APR -1 1997
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MICHAEL YAMAGUCHI
   United States Attorney
2
   Attorney for Plaintiff
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR. NO. 96-163-CAL |
| | ) | |
| DAVID TSAO, | ) | Ex Parte Application for |
| | ) | Arrest Warrant |
| Defendant. | ) | |

On June 12, 1996 a federal grand jury for the Northern District of California returned an indictment in five counts charging David Tsao with interstate transportation of stolen property in violation of 18 U.S.C. § 2314. At the request of the United States, inasmuch as Mr. Tsao is a fugitive, the indictment was sealed. At that time, the United States requested an arrest warrant.

For reasons unclear, it appears that an arrest warrant was not issued. We therefore respectfully request that this Court issue a no bail arrest warrant for David Tsao.

DATED: April 1, 1997         Respectfully submitted,

                             MICHAEL J. YAMAGUCHI
                             United States Attorney

                             MARK N. ZANIDES
                             Assistant United States Attorney

1