MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CABN 202121)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7128
FAX: (415) 436-7234
Doug.Sprague@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 96-00163 EXE |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| YU FEI TSAO,<br>a/k/a David Tsao, | |
| Defendant. | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
States Attorney for the Northern District of California dismisses the above Indictment without prejudice
and moves that the Court quash the arrest warrant issued in connection with the Indictment.

DATED:     April 21, 2014                    Respectfully submitted,

                                             MELINDA HAAG
                                             United States Attorney

                                             J. DOUGLAS WILSON
                                             Chief, Criminal Division

NOTICE OF DISMISSAL
CR 96-00163 EXE

1    Leave is granted to the government to dismiss the Indictment.   It is further ordered that the

2  arrest warrant issued in connection with the Indictment is hereby quashed.

3

4

5  Date:   April 29, 2014

6                                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
CR 96-00163 EXE